NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 7 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHIRLEY VENOYA REMMERT,

Plaintiff-Appellant,

v.

UNITED STATES OF AMERICA; et al.,

Defendants-Appellees.

No. 15-16471

D.C. No. 3:15-mc-80178-VC

MEMORANDUM*

Appeal from the United States District Court
for the Northern District of California
Vince G. Chhabria, District Judge, Presiding

Submitted October 25, 2016**

Before:    LEAVY, GRABER, and CHRISTEN, Circuit Judges.

Shirley Venoya Remmert appeals pro se from the district court's order

denying her leave to file a complaint under a vexatious litigant order. We have

jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the

application of a vexatious litigant order. *Moy v. United States*, 906 F.2d 467, 469

---

*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

**       The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 1990). We affirm.

The district court did not abuse its discretion by denying Remmert leave to file a complaint against defendants because Remmert attempted to file the complaint in violation of a vexatious litigant ordered entered against her. *See id.*

**AFFIRMED.**

15-16471